No. 79–5761. OSVALDO M. *v.* CITY OF NEW YORK; JOSE L. *v.* CITY OF NEW YORK; and WALTER B. *v.* CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied. Reported below: 48 N. Y. 2d 603, 396 N. E. 2d 207 (first and third cases); 48 N. Y. 2d 633, 396 N. E. 2d 478 (second case).

No. 79–5764. BLAKE *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79–5767. FLOYD *v.* JACKSONVILLE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5773. SAWAYA *v.* BERNALILLO COUNTY ASSESSOR. Ct. App. N. M. Certiorari denied.

No. 79–5774. WASILOWSKI *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 79–5776. GORE *v.* LEEKE, CORRECTIONS COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5783. GAMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5785. MCPHERSON *v.* TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 79–5789. MOORE *v.* CLEMENTS, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 79–5792. FOSTER *v.* SOUTH SUBURBAN SAFEWAY LINES, INC. Sup. Ct. Ill. Certiorari denied.

No. 79–5793. JOHNSON *v.* KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–5797. BUSTILLO *v.* WILKINSON, WARDEN. C. A. 7th Cir. Certiorari denied.